NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANA ELAINE AMMONS,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3156

---

Petition for Review of the Merit Systems Protection Board in case no. SF0752090897-I-1.

---

## ON MOTION

---

## ORDER

Dana Elaine Ammons moves for an extension of time and for leave to file a supplemental reply brief. The government has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

JAN 2 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dana Elaine Ammons
    Lauren S. Moore, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2012

JAN HORBALY
CLERK